IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER SMITH,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D21-1986
LT Case No. 2020-CF-040290-A

Decision filed June 7, 2022

Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A.
Compton, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

EISNAUGLE, TRAVER and WOZNIAK, JJ., concur.